# Exhibit 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID SEARS and ELIZABETH
THOMAS,

    Plaintiffs,

v.                                              Case No: 8:16-cv-1115-T-36TGW

OS RESTAURANT SERVICES, LLC and
BLOOMIN' BRANDS, INC.,

    Defendants.
_____/

## ORDER

Before the Court is the Joint Stipulation for Dismissal without Prejudice (Doc. 20). In accord with the Joint Stipulation for Dismissal without Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1)     The Joint Stipulation for Dismissal without Prejudice is **APPROVED** (Doc. 20).

2)     This cause is dismissed, without prejudice.

3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on October 25, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record