UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS CHAVIRA, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OS RESTAURANT SERVICES, LLC and BLOOMIN' BRANDS, INC., together doing business as OUTBACK STEAKHOUSE,<br><br>Defendants. | Civil Action No. 1:18-cv-10029-ADB |

## JOINT STATUS REPORT

The Parties report to the Court that they have reached substantial agreement on the terms of a settlement and expect to negotiate a formal agreement within the next several weeks.

Dated: March 13, 2020

Respectfully submitted,

| | |
|---|---|
| CARLOS CHAVIRA, *Individually and on Behalf of All Other Persons Similarly Situated*, | OS RESTAURANT SERVICES, LLC and BLOOMIN' BRANDS, INC., |
| By their counsel; | By their counsel, |
| */s/ Fran L. Rudich*<br>Fran L. Rudich<br>Seth R. Lesser*<br>Christopher Timmel*<br>KLAFTER OLSER & LESSER LLP<br>Two International Drive, Suite<br>Rye Brook, NY 10573<br>Telephone: (914) 934-9200<br>*fran@klafterolsen.com*<br>*seth@klafterolsen.com*<br>*chistopher.timmel@klafterolsen.com* | */s/ Ellen C. Kearns*<br>Ellen C. Kearns, BBO #263100<br>Jonathan D. Persky, BBO #666651<br>CONSTANGY, BROOKS, SMITH & PROPHETE, LLP<br>535 Boylston Street, 9th Floor<br>Boston, Massachusetts 02116<br>Tel: 617.849.7880<br>*ekearns@constangy.com*<br>*jpersky@constangy.com* |

Gregg I. Shavitz\*
Michael Palitz\*
Logan Pardell\*
SHAVITZ LAW GROUP PA
1515 S Federal Hwy., Suite 404
Boca Raton, FL. 33432
Telephone: (561) 447-8888
*gshavitz@shavitzlaw.com*
*mpalitz@shavitzlaw.com*
*lpardell@shavitzlaw.com*

Justin M. Swartz\*
Deirdre Aaron\*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
*jms@outtengolden.com*
*daaron@outtengolden.com*

Hillary Schwab
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA. 02111
600 Old Country Road, Suite 519
Telephone: (617) 607-3260
*hillary@fairworklaw.com*

Christopher M. Pardo, BBO #674674
HUNTON ANDREWS KURTH LLP
125 High Street, Suite 533
Boston, MA 02110
Tel:  617.648.2759
*cpardo@hunton.com*

\* Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

    I, Ellen C. Kearns, hereby certify that on March 13, 2020, a true and correct copy of the foregoing was electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF system, and served upon counsel for the Plaintiff through the same.

                                        */s/ Ellen C. Kearns*
                                        Ellen C. Kearns