**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CARLOS CHAVIRA, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OS RESTAURANT SERVICES, LLC and BLOOMIN' BRANDS, INC., together doing business as OUTBACK STEAKHOUSE,<br><br>Defendants. | Civil Action No. 1:18-cv-10029-ADB |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The Parties herein represent to the Court that they have entered into a confidential private settlement agreement pursuant to which Plaintiff has agreed to dismiss the Complaint in this case without prejudice. The Parties wish to advise the Court that their settlement agreement does **not** purport to release Plaintiff's statutory rights under the Fair Labor Standards Act (FLSA). *Cf. Drexler v. TEL NEXX, Inc.*, No. 13-cv-13009-ADB, 2019 WL 3947206, at *1 (D. Mass. Aug. 21, 2019) (requiring that stipulated dismissals settling FLSA claims with prejudice require the approval of the district court or the U.S. Department of Labor).

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and respectfully request that the above-captioned action be dismissed without prejudice.

Dated: June 18, 2020				Respectfully submitted,

/s/ *Seth R. Lesser* (by JDP with permission)

OUTTEN & GOLDEN LLP
Justin M. Swartz*
Deirdre Aaron*
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000

SHAVITZ LAW GROUP PA
Gregg I. Shavitz*
Michael Palitz*
Logan Pardell*
1515 S Federal Hwy., Suite 404
Boca Raton, FL. 33432
Telephone: (561) 447-8888

KLAFTER OLSER & LESSER LLP
Fran L. Rudich
Seth R. Lesser*
Christopher Timmel*
Two International Drive, Suite
Rye Brook, NY 10573
Telephone: (914) 934-9200

FAIR WORK, P.C.
Hillary Schwab
192 South Street, Suite 450
Boston, MA. 02111
600 Old Country Road, Suite 519
Telephone: (617) 607-3260
Attorneys for Plaintiffs and the Proposed Collective
* Admitted Pro Hac Vice

OS RESTAURANT SERVICES, LLC and
BLOOMIN' BRANDS, INC.,

By their counsel,

*/s/ Jonathan D. Persky*
Ellen C. Kearns, BBO #263100
  *ekearns@constangy.com*
Jonathan D. Persky, BBO #666651
  *jpersky@constangy.com*
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
535 Boylston Street, 9th Floor
Boston, Massachusetts 02116
Tel: 617.849.7880

Christopher M. Pardo, BBO #674674
  *cpardo@hunton.com*
HUNTON ANDREWS KURTH LLP
125 High Street, Suite 533
Boston, MA 02110
Tel:  617.648.2759

## **CERTIFICATE OF SERVICE**

    I, Jonathan D. Persky, hereby certify that on June 18, 2020, a true and correct copy of the foregoing was electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF system, and served upon counsel for the Plaintiff through the same.

*/s/ Jonathan D. Persky*